# SUPREME COURT

### OF

# N E W - J E R S E Y.

*November* Term, 1775.

(Minutes, p. 44, 142.)

The KING *againſt* ESTHER BARBER and others.

*On* Habeas Corpus *for to bring the Body of* Beulah, *a Negro Girl.*

BY the Admiſſion of the Counſel, it appeared that Beulah the Negro Girl, brought up by the Habeas Corpus, and now before the Court, is the Daughter of a Negro Man and Negro Woman, the firſt named David, and the other named Dinah, both of whom formerly belonged to Caleb Haines, of the City of Burlington, which ſaid Negroes David and Dinah, were ſet free by the ſaid Caleb Haines in his life time, and before the Birth of the ſaid Girl Beulah, without having given any Bond purſuant to the Act of Aſſembly, paſſed in the twelfth and thirteenth Years of her late Majeſty Queen Ann ; for which Reaſon the ſaid Manumiſſion was alledged to be void.

The Court having heard the Arguments of Counſel, as well for the ſaid Eſther Barber and others, as for the ſaid Beulah, at the Term of May laſt, and now again at this preſent Term, and having fully conſidered thereof *are of Opinion*, That the ſaid Manumiſſion by the ſaid Caleb Haines, of the ſaid David and Dinah, the Parents of the ſaid Beulah, was good in Law againſt the ſaid Caleb

Haines and thofe claiming under him, notwithftanding the not giving Bond as aforefaid; and that the fame Beulah is entitled to her Freedom under the faid Manu-miffion againft the faid Caleb Haines, and all claiming under him; and do order her the faid Beulah to be deli-vered up from out of the Cuftody of the faid Efther Bar-ber and others, in which fhe hath been illegally detained.